**Order entered February 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01440-CV

### JAMES KIRBY, ET AL., Appellants

### V.

### UNITED TOWS, L.L.C., ET AL., Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-06767**

## ORDER

We **DENY** as moot appellees' December 10, 2014 motion to dismiss the appeal for lack of appellate jurisdiction.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE